# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ROHAR ENTERPRISES INC § Case No. 09-70609
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2009. The undersigned trustee was appointed on 02/24/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      24,002.95

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 17,003.02 |
   | Bank service fees | 478.06 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 6,521.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/25/2010 and the deadline for filing governmental claims was 10/25/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,150.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,150.30 , for a total compensation of $ 3,150.30 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 23.92 , for total expenses of $ 23.92 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/23/2016                    By: /s/DANIEL M. DONAHUE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-70609 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | | | Date Filed (f) or Converted (c): | 02/24/09 (f) |
| | | | | 341(a) Meeting Date: | 04/01/09 |
| For Period Ending: | 08/23/16 | | | Claims Bar Date: | 10/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Contractors' Lien Services (approximately $67,000) | Unknown | 24,000.00 | | 24,000.00 | FA |
| 2. Miscellaneous used office equipment in storage | Unknown | 0.00 | | 0.00 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | 2.95 | | 2.95 | FA |
| 4. Bankruptcy claim - 10-34609 (u) | Unknown | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)         $0.00         $24,002.95         $24,002.95         $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/11         Current Projected Date of Final Report (TFR): 06/01/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0035  GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 08/23/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 6,737.96 | | 6,737.96 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,727.96 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,717.96 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,707.96 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,697.96 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,687.96 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,677.96 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,667.96 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,657.96 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. | Chapter 7 Blanket Bond | 2300-000 | | 3.44 | 6,654.52 |
| | | ONE SHELL SQUARE | Bond #016018067 | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,644.52 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,634.52 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,624.52 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,614.52 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,604.52 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,594.52 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,584.52 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,574.52 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,564.52 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,554.52 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,544.52 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,534.52 |
| 06/02/16 | 002002 | INTERNATIONAL SURETIES, LTD. | Bond Premium - Acct  #1000-900-1944 | 2300-000 | | 2.65 | 6,531.87 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |

| | | | | Page Subtotals | 6,737.96 | 206.09 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0035 GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 08/23/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/16 | | NEW ORLEANS, LA 70139 BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,521.87 |

|   |   |   |   |
| --- | --- | --- | --- |
| COLUMN TOTALS | 6,737.96 | 216.09 | 6,521.87 |
| Less: Bank Transfers/CD's | 6,737.96 | 0.00 | |
| Subtotal | 0.00 | 216.09 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 216.09 | |

Page Subtotals 0.00 10.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******1761 MONEY MARKET |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 08/23/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 1 | THE REDMOND COMPANY<br>W228 N745 Westmound Dr.<br>Waukesha, WI 53186 | | 1129-000 | 15,000.00 | | 15,000.00 |
| 07/23/10 | 001000 | ROHLFING & OBERTHOLTZER<br>211 W. WACKER DR., STE. 1200<br>CHICAGO, IL 60606 | Attorney Fees and Expenses | 3210-000 | | 7,500.00 | 7,500.00 |
| 07/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 7,500.24 |
| 08/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 7,500.46 |
| 09/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,500.64 |
| 10/05/10 | 001001 | ROHLFING & OBERHOLTZER<br>211 W. WACKER DR., STE. 1200<br>CHICAGO, IL 60606 | FEES: ATTY FOR TRUSTEE | 3210-000 | | 4,500.00 | 3,000.64 |
| 10/14/10 | 1 | PNC BANK | SETTLEMENT PROCEEDS: LITIGATION | 1129-000 | 9,000.00 | | 12,000.64 |
| 10/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 12,000.85 |
| 11/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.16 |
| 12/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.47 |
| 01/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.78 |
| 02/28/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,001.87 |
| 03/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,001.97 |
| 04/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,002.07 |
| 05/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,002.18 |
| 06/16/11 | 001002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 10.27 | 11,991.91 |
| 06/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.01 |
| 07/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.11 |
| 08/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 11,992.22 |
| 09/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.32 |
| | | | Page Subtotals | | 24,002.59 | 12,010.27 | |

FORM 2

Page: 4

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******1761 MONEY MARKET |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 08/23/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.42 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.28 | 11,977.14 |
| 11/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,977.24 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.77 | 11,962.47 |
| 12/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,962.57 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.75 | 11,947.82 |
| 01/19/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,947.88 |
| 01/19/12 | | Transfer to Acct #*******3739 | Bank Funds Transfer | 9999-000 | | 11,947.88 | 0.00 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 24,002.95 24,002.95 0.00 |
| Less: Bank Transfers/CD's | 0.00 11,947.88 |
| Subtotal | 24,002.95 12,055.07 |
| Less: Payments to Debtors | 0.00 |
| Net | 24,002.95 12,055.07 |

Page Subtotals  0.36   11,992.68

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3739  GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 08/23/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******1761 | Bank Funds Transfer | 9999-000 | 11,947.88 | | 11,947.88 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 9.63 | 11,938.25 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 11.45 | 11,926.80 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 12.66 | 11,914.14 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 12.25 | 11,901.89 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 9.83 | 11,892.06 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 12.64 | 11,879.42 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 12.21 | 11,867.21 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 12.60 | 11,854.61 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 12.58 | 11,842.03 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.17 | 11,829.86 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 12.56 | 11,817.30 |
| 12/02/13 | 000102 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1ST FEE APPL | 3110-000 | | 4,510.50 | 7,306.80 |
| 12/02/13 | 000103 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST APPL | 3120-000 | | 451.20 | 6,855.60 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.14 | 6,843.46 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 6,833.46 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 6,823.46 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK RECEIPTS FEE - February, 2014 | 2600-000 | | 10.00 | 6,813.46 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 6,803.46 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 6,793.46 |
| 06/04/14 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 5.50 | 6,787.96 |

Page Subtotals   11,947.88   5,159.92

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3739  GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 08/23/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 6,777.96 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,767.96 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,757.96 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,747.96 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,737.96 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 6,737.96 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 11,947.88 | 11,947.88 | 0.00 |
| Less: Bank Transfers/CD's | 11,947.88 | 6,737.96 | |
| Subtotal | 0.00 | 5,209.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,209.92 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0035 | 0.00 | 216.09 | 6,521.87 |
| MONEY MARKET - ********1761 | 24,002.95 | 12,055.07 | 0.00 |
| GENERAL CHECKING - ********3739 | 0.00 | 5,209.92 | 0.00 |
| | 24,002.95 | 17,481.08 | 6,521.87 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        6,787.96

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: August 23, 2016 |
|---|---|---|---|---|---|---|---|

Case Number:  09-70609  
Debtor Name:  ROHAR ENTERPRISES INC  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | | | $0.00 | $3,150.30 | $3,150.30 |
| 001<br>2200-00 | DANIEL M. DONAHUE | Administrative | | | | $0.00 | $23.92 | $23.92 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | Filed 06/16/11<br>Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | | | $0.00 | $19.90 | $19.90 |
| | | | 4429751761 | 06/16/11 | 1002 | | 10.27 | |
| | | | 9010013739 | 06/19/12 | 100 | | 9.63 | |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | Filed 06/04/13 | | | $0.00 | $21.42 | $21.42 |
| | | | 9010013739 | 06/04/13 | 101 | | 9.83 | |
| | | | 9010013739 | 06/04/14 | 104 | | 5.50 | |
| | | | 1159400035 | 06/15/15 | 2001 | | 3.44 | |
| | | | 1159400035 | 06/02/16 | 2002 | | 2.65 | |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | | | $0.00 | $5,137.50 | $5,137.50 |
| | | | 9010013739 | 12/02/13 | 102 | | 4,510.50 | |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | | | $0.00 | $528.51 | $528.51 |
| | | | 9010013739 | 12/02/13 | 103 | | 451.20 | |
| 002<br>6210-00 | Rohlfing & Oberholtzer<br>211 W. Wacker Dr., Ste. 1200<br>Chicago, IL 60606 | Administrative | | | | $0.00 | $12,000.00 | $12,000.00 |
| | | | 4429751761 | 07/23/10 | 1000 | | 7,500.00 | |
| | | | 4429751761 | 10/05/10 | 1001 | | 4,500.00 | |
| 000001<br>070<br>7100-00 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | Unsecured | Filed 08/04/10 | | | $0.00 | $1,027.43 | $1,027.43 |
| 000002<br>070<br>7100-00 | Finch & Barry Realty L.L.C.<br>1305 Wiley Road<br>Suite 106<br>Schaumburg, IL 60173 | Unsecured | Filed 08/16/10 | | | $0.00 | $17,012.88 | $17,012.88 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 23, 2016 |
|---|---|---|---|---|---|---|

Case Number:  09-70609  
Debtor Name:  ROHAR ENTERPRISES INC

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003<br>070<br>7100-00 | Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60439-0070 | Unsecured | Filed 08/23/10 | $0.00 | $9,287.17 | $9,287.17 |
| 000004<br>070<br>7100-00 | HCC Surety Group<br>9841 Airport Boulevard<br>9th Floor<br>Los Angeles, CA 90045 | Unsecured | Filed 10/25/10 | $0.00 | $251,070.67 | $251,070.67 |
| | Case Totals: | | | $0.00 | $299,279.70 | $299,279.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70609
Case Name: ROHAR ENTERPRISES INC
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 6,521.87

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,150.30 | $ 0.00 | $ 3,150.30 |
| Trustee Expenses: DANIEL M. DONAHUE | $ 23.92 | $ 0.00 | $ 23.92 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 5,137.50 | $ 4,510.50 | $ 627.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 528.51 | $ 451.20 | $ 77.31 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 19.90 | $ 19.90 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 21.42 | $ 21.42 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,878.53

Remaining Balance $ 2,643.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Rohlfing & Oberholtzer | $ 12,000.00 | $ 12,000.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

    Total to be paid for prior chapter administrative expenses      $ 0.00

    Remaining Balance      $ 2,643.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,398.15 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Pitney Bowes Inc | $ 1,027.43 | $ 0.00 | $ 9.76 |
| 000002 | Finch & Barry Realty L.L.C. | $ 17,012.88 | $ 0.00 | $ 161.53 |
| 000003 | Osco, Inc. | $ 9,287.17 | $ 0.00 | $ 88.18 |
| 000004 | HCC Surety Group | $ 251,070.67 | $ 0.00 | $ 2,383.87 |

    Total to be paid to timely general unsecured creditors      $ 2,643.34

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE