UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                )
                      )
ROHAR ENTERPRISES, INC.,    )    NO. 09-70609
                      )
        Debtor.       )

STATE OF ILLINOIS         )
                          ) SS.
COUNTY OF WINNEBAGO       )

### AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** attached hereto upon the within named:

SEE ATTACHED SERVICE LIST

by sealing a true and correct copy of same in an envelope, addressed as shown above, with sufficient United States postage and by depositing said envelope, so sealed and stamped, in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m., on the 2nd day of September, 2016.

*[signature: Annette Roman]*

Subscribed and sworn to before me this 2nd day of September, 2016.

*[signature: Sherri A. Niesman]*
NOTARY PUBLIC

**OFFICIAL SEAL**
SHERRI A. NIESMAN
Notary Public, State of Illinois
My Commission Expires 08/20/18

Daniel M. Donahue
McGreevy Williams, PC
6735 Vistagreen Way
Rockford, IL 61107
815/639-3700

| | | |
|---|---|---|
| Airgas<br>P.O. Box 802588<br>Chicago, IL 60680-2588 | Alliant Law Group, P.C.<br>2860 Zanker Road<br>Suite 105<br>San Jose, CA 95134-2119 | American Contractors Indemnity Co.<br>c/o Tressler Soderstrom, Elizabeth Z Mat<br>233 S. Wacker Dr., Suite 2200<br>Chicago, IL 60606-6399 |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT&T<br>c/o Franklin Collection Services<br>2978 West Jackson Street<br>Tupelo, MS 38801-6731 | BHFX, LLC<br>80 West Seegers Road<br>Arlington Heights, IL 60005-3917 |
| Caterpillar Financial Services Corp<br>2120 West End Avenue<br>P O Box 340001<br>Nashville, TN 37203-0001 | Charles S. Stahl Jr.<br>Law Offices of Charles S. Stahl, Jr.<br>2525 Cabot Dr., Ste. 204<br>Lisle, IL 60532 | Comdata Network Inc<br>c/o Jonathan Neil & Assoc<br>1600 Gold Rd Suite 1200<br>Rolling Meadows, IL 60008-4229 |
| ComEd<br>Systems Credit/Bankruptcy Dept<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | Consruction & Gen'l. Laborers'<br>Dist. Counsel of Chicago<br>999 McClintock Dr., Suite 300<br>Burr Ridge, IL 60527-0824 | Contractors Lien Services, Inc.<br>POB 1299<br>Morton Grove, IL 60053-7299 |
| Digoivine Hnilo Hordan<br>184 Shuman Boulevard<br>Naperville, IL 60563-1219 | E. Garza Paving, Inc.<br>1110 Brookwood Street<br>Bensenville, IL 60106-1702 | Elizabeth Z Matieson<br>Tressler Soderstro, Maloney & Priess LLP<br>Sears Tower 22nd Floor<br>233 South Wacker Drive<br>Chicago, IL 60606-6306 |
| F&R on Wheels | Finch & Barry Properties, L.L.C.<br>1305 Wiley Road<br>Suite 106<br>Schaumburg, IL 60173-4347 | Hard Rock Concrete Cutters, Inc.<br>601 Chaddick Drive<br>Wheeling, IL 60090-6053 |
| IMPERIAL A I CREDIT COMPANIES INC<br>101 HUDSON STREET<br>34TH FLOOR<br>JERSEY CITY NJ 07302-3905 | IUOE Local 150 Admin. Dues<br>P.O. Box 94427<br>Chicago, IL 60690-4427 | John L. Simonelli - MAIL RETURNED<br>(dba J.L. Simonelli & Sons Excavating)<br>1433 Raymond<br>La Grange Park, IL 60526-1358 |
| Jones & Co.<br>1601 East Main Street<br>Saint Charles, IL 60174-2387 | Laborers' Pension and Welfare Funds<br>11465 West Cermak Road<br>Westchester, IL 60154-5771 | Local Union No. 150<br>Interntl. Union Operating Engineers<br>6200 Joliet Road<br>Countryside, IL 60525-3992 |
| MBL Recycling, Inc.<br>630 South Hicks Road<br>Palatine, IL 60067-6944 | Meyer Material Co.<br>75 Remittance Drive<br>Suite 3115<br>Chicago, IL 60675-3115 | Midwest Operating Engineers<br>Fringe Benefit Funds<br>6150 Joliet Road<br>Countryside, IL 60525-3956 |
| Nicor<br>Attn: Bankruptcvy & Collections<br>P O Box 549<br>Aurora, IL 60507-0549 | Noel Ramos Construction Co., Inc.<br>143 Paramount Drive<br>Wood Dale, IL 60191-1968 | Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60439-0070 |

| | | |
|---|---|---|
| Pirtek Hose & Assemblies<br>1499 Tonne Road<br>Elk Grove Village, IL 60007-5003 | Pitney Bowes<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | PTK Pena, LLC<br>177 Gregory M. Sears Drive<br>Gilberts, IL 60136-4064 |
| Recreational Storage Inc<br>P O Box 115<br>Steamwood, IL 60107-0115 | Reliance Plumbing, Sewer & Drainage<br>1848 Techny Court<br>Northbrook, IL 60062-5474 | Robert J. Heyne, Esq.<br>Tressler, Soderstrom, et al.<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6399 |
| Rohar Enterprises, Inc.<br>Rohar Trucking, Inc.<br>1391 Westbourne Parkway<br>Algonquin, IL 60102-6052 | Rohlfing & Oberholtzer<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, IL 60606-1379 | Roland and Donna Harper<br>1391 Westbourne Parkway<br>Algonquin, IL 60102-6052 |
| Spruce Lake Sand & Gravel<br>5435 Bull Valley Road<br>Suite 330<br>McHenry, IL 60050-7436 | Super Aggregate<br>5435 Bull Valley Road<br>Suite 330<br>McHenry, IL 60050-7436 | The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 |
| The Thollander Law Firm, Ltd.<br>1048 Ogden Avenue<br>Suite 200<br>Downers Grove, IL 60515-2896 | United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | VEOLIA Environmental Services<br>4612 West lake Street<br>Melrose Park, IL 60160-2747 |
| Village of Schaumburg<br>101 Schaumburg Court<br>Schaumburg, IL 60193-1899 | VINAKOM<br>860 Remington Road<br>Schaumburg, IL 60173-4523 | Vulcan Material<br>1000 East Warrenville Road<br>Suite 100<br>Naperville, IL 60563-2044 |
| West Side Tractor Sales<br>1400 West Ogden Avenue<br>Naperville, IL 60563-3964 | William Neary<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | Word Processing Industries, Inc<br>4545 N Ravenswood Ave<br>Chicago, IL 60640-5289 |
| Yellow Pages<br>P.O. Box 111455<br>Carrollton, TX 75011-1455 | | |