UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Rockford

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Roahar Enterprises, | ) | Case No. 09 B 70609 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on February 28, 2017 **(Document #42)** is withdrawn.   It is withdrawn because the wrong document was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

**CERTIFICATE OF SERVICE**

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on February 28, 2017, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on February 28, 2017.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Daniel Donahue
ddonahue@mjwpc.com

Elizabeth Z Mathieson
emathieson@tresslerllp.com

Charles S. Stahl
cstahl@smbtrials.com

Raphael E. Yalden
Raphaelyaldenii@msn.com

**Parties Served via First Class Mail:**

**Rohar Enerprises, Inc.**
1391 Westbourne Parkway
Algonquin, IL   60102