# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| ROHAR ENTERPRISES INC § | Case No. 09-70609 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,643.34 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 21,359.61 | |

3) Total gross receipts of $ 24,002.95  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 24,002.95  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 569,535.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,359.61 | 21,359.61 | 21,359.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 12,000.00 | 12,000.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,502,984.17 | 278,398.15 | 278,398.15 | 2,643.34 |
| **TOTAL DISBURSEMENTS** | $ 2,072,519.34 | $ 311,757.76 | $ 311,757.76 | $ 24,002.95 |

4) This case was originally filed under chapter 7 on 02/24/2009. The case was pending for 97 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2017     By:/s/DANIEL M. DONAHUE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contractors' Lien Services (approximately $67,000) | 1129-000 | 24,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.95 |
| **TOTAL GROSS RECEIPTS** | | **$24,002.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LaSalle Bank National Assn. c/o Latimer LeVay Jurasek 55 W. Monroe, Suite 1100 Chicago, IL 60603 | | 569,535.17 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 569,535.17** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 3,150.30 | 3,150.30 | 3,150.30 |
| DANIEL M. DONAHUE | 2200-000 | NA | 23.92 | 23.92 | 23.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 41.32 | 41.32 | 41.32 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 44.80 | 44.80 | 44.80 |
| BANK OF KANSAS CITY | 2600-000 | NA | 210.00 | 210.00 | 210.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 223.26 | 223.26 | 223.26 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 5,137.50 | 5,137.50 | 5,137.50 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 528.51 | 528.51 | 528.51 |
| ROHLFING & OBERTHOLTZER | 3210-000 | NA | 12,000.00 | 12,000.00 | 12,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,359.61 | $ 21,359.61 | $ 21,359.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROHLFING & OBERHOLTZER | 6210-000 | NA | 12,000.00 | 12,000.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 12,000.00 | $ 12,000.00 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AICCO, Inc. P.O. Box 9045 New York, NY 10087-9045 | | 21,387.24 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 806.81 | NA | NA | 0.00 |
| | AT&T c/o Franklin Collection Services 2978 West Jackson Street Tupelo, MS 38801-6731 | | 0.00 | NA | NA | 0.00 |
| | Airgas P.O. Box 802588 Chicago, IL 60680-2588 | | 466.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Contractors Indemnity Co. c/o Tressler Soderstrom, et al. 233 S. Wacker Dr., Suite 2200 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | BHFX, LLC 80 West Seegers Road Arlington Heights, IL 60005 | | 100.33 | NA | NA | 0.00 |
| | Caterpillar Financial Services Corp 2120 West End Avenue P.O. Box 340001 Nashville, TN 37203-0001 | | 0.00 | NA | NA | 0.00 |
| | ComEd System Credit/Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Comdata Network, Inc. c/o Jonathan Neil & Assoc. 1600 Gold Rd., Suite 1200 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Consruction & Gen'l. Laborers' Dist. Counsel of Chicago 999 McClintock Dr., Suite 300 Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Contractors Adjustment Co. 570 Lake Cook Road Suite 305 Deerfield, IL 60015 | | 400.00 | NA | NA | 0.00 |
| | Contractors Lien Services, Inc. 6315 North Milwaukee Avenue Chicago, IL 60646 | | 497.00 | NA | NA | 0.00 |
| | Digoivine Hnilo Hordan 184 Shuman Boulevard Naperville, IL 60563 | | 174.24 | NA | NA | 0.00 |
| | E. Garza Paving, Inc. 1110 Brookwood Street Bensenville, IL 60106 | | 4,668.00 | NA | NA | 0.00 |
| | F&R on Wheels | | 643.50 | NA | NA | 0.00 |
| | Hard Rock Concrete Cutters, Inc. 601 Chaddick Drive Wheeling, IL 60090 | | 350.00 | NA | NA | 0.00 |
| | IUOE Local 150 Admin. Dues P.O. Box 94427 Chicago, IL 60690-4427 | | 0.00 | NA | NA | 0.00 |
| | J.L. Simonelli & Sons Excavating 1433 Raymond La Grange Park, IL 60526 | | 61,469.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jones & Co. 1601 East Main Street Saint Charles, IL 60174 | | 15,110.00 | NA | NA | 0.00 |
| | Laborers' Pension and Welfare Funds 11465 West Cermak Road Westchester, IL 60154-5768 | | 0.00 | NA | NA | 0.00 |
| | Local Union No. 150 Interntl. Union Operating Engineers 6200 Joliet Road Countryside, IL 60525 | | 0.00 | NA | NA | 0.00 |
| | MBL Recycling, Inc. 630 South Hicks Road Palatine, IL 60067 | | 1,442.00 | NA | NA | 0.00 |
| | Meyer Material Co. 75 Remittance Drive Suite 3115 Chicago, IL 60675-3115 | | 8,842.49 | NA | NA | 0.00 |
| | Midwest Operating Engineers Fringe Benefit Funds 6150 Joliet Road Countryside, IL 60525 | | 0.00 | NA | NA | 0.00 |
| | NICOR Attn: Bankruptcy & Collections P.O. Box 549 Aurora, IL 60507 | | 316.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Noel Ramos Construction Co., Inc. 143 Paramount Drive Wood Dale, IL 60191 | | 4,032.75 | NA | NA | 0.00 |
| | PTK Pena, LLC 177 Gregory M. Sears Drive Gilberts, IL 60136 | | 222,654.13 | NA | NA | 0.00 |
| | Pirtek Hose & Assemblies 1499 Tonne Road Elk Grove Village, IL 60007 | | 896.42 | NA | NA | 0.00 |
| | Recreational Storage, Inc. P.O. Box 115 Streamwood, IL 60107-0115 | | 1,155.00 | NA | NA | 0.00 |
| | Reliance Plumbing, Sewer & Drainage 1848 Techny Court Northbrook, IL 60062 | | 31,497.00 | NA | NA | 0.00 |
| | Rohar Trucking, Inc. 1391 Westbourne Parkway Algonquin, IL 60102-6052 | | 853,306.70 | NA | NA | 0.00 |
| | Rohlfing & Oberholtzer 211 West Wacker Drive Suite 1200 Chicago, IL 60606 | | 9,404.70 | NA | NA | 0.00 |
| | Spruce Lake Sand & Gravel 5435 Bull Valley Road Suite 330 Mchenry, IL 60050 | | 355.01 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. John Plumbing, Inc. | | 149,500.00 | NA | NA | 0.00 |
| | Super Aggregate 5435 Bull Valley Road Suite 330 McHenry, IL 60073 | | 1,817.97 | NA | NA | 0.00 |
| | The Hartford P.O. Box 2907 Hartford, CT 06104-2907 | | 11,873.57 | NA | NA | 0.00 |
| | The Thollander Law Firm, Ltd. 1048 Ogden Avenue Suite 200 Downers Grove, IL 60515 | | 1,737.00 | NA | NA | 0.00 |
| | United Rentals P.O. Box 100711 Atlanta, GA 30384-0711 | | 3,102.00 | NA | NA | 0.00 |
| | VEOLIA Environmental Services 4612 West lake Street Melrose Park, IL 60160 | | 2,573.65 | NA | NA | 0.00 |
| | VINAKOM 860 Remington Road Schaumburg, IL 60173 | | 174.75 | NA | NA | 0.00 |
| | Village of Schaumburg 101 Schaumburg Court Schaumburg, IL 60193 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vulcan Material 1000 East Warrenville Road Suite 100 Naperville, IL 60563 | | 37,203.67 | NA | NA | 0.00 |
| | West Side Tractor Sales 1400 West Ogden Avenue Naperville, IL 60563 | | 43,531.33 | NA | NA | 0.00 |
| | Word Processing Industries, Inc. 4545 N. Ravenswood Ave. Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| | Yellow Pages P.O. Box 111455 Carrollton, TX 75011-1455 | | 298.00 | NA | NA | 0.00 |
| 000002 | FINCH & BARRY REALTY L.L.C. | 7100-000 | 1,480.58 | 17,012.88 | 17,012.88 | 161.53 |
| 000004 | HCC SURETY GROUP | 7100-000 | 0.00 | 251,070.67 | 251,070.67 | 2,383.87 |
| 000003 | OSCO, INC. | 7100-000 | 9,287.17 | 9,287.17 | 9,287.17 | 88.18 |
| 000001 | PITNEY BOWES INC | 7100-000 | 393.36 | 1,027.43 | 1,027.43 | 9.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,502,984.17 | $ 278,398.15 | $ 278,398.15 | $ 2,643.34 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-70609 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | | | | Date Filed (f) or Converted (c): | 02/24/09 (f) |
| | | | | | 341(a) Meeting Date: | 04/01/09 |
| For Period Ending: | 01/30/17 | | | | Claims Bar Date: | 10/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Contractors' Lien Services (approximately $67,000) | Unknown | 24,000.00 | | 24,000.00 | FA |
| 2. Miscellaneous used office equipment in storage | Unknown | 0.00 | | 0.00 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | 2.95 | | 2.95 | FA |
| 4. Bankruptcy claim - 10-34609 (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $24,002.95     $24,002.95     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/11     Current Projected Date of Final Report (TFR): 06/01/16

LFORM1     Ver: 19.06a

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0035  GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 01/30/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 6,737.96 | | 6,737.96 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,727.96 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,717.96 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,707.96 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,697.96 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,687.96 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,677.96 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,667.96 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,657.96 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Chapter 7 Blanket Bond Bond #016018067 | 2300-000 | | 3.44 | 6,654.52 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,644.52 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,634.52 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,624.52 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,614.52 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,604.52 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,594.52 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,584.52 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,574.52 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,564.52 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,554.52 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,544.52 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,534.52 |
| 06/02/16 | 002002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 | Bond Premium - Acct  #1000-900-1944 | 2300-000 | | 2.65 | 6,531.87 |

Page Subtotals        6,737.96        206.09

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0035 GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 01/30/17 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,521.87 |
| 09/27/16 | 002003 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 3,150.30 | 3,371.57 |
| 09/27/16 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 627.00 | 2,744.57 |
| 09/27/16 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 77.31 | 2,667.26 |
| 09/27/16 | 002006 | DANIEL M. DONAHUE | Trustee Expenses | 2200-000 | | 23.92 | 2,643.34 |
| 09/27/16 | 002007 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | Claim 000001, Payment 0.94994% | 7100-000 | | 9.76 | 2,633.58 |
| 09/27/16 | 002008 | Finch & Barry Realty L.L.C.<br>1305 Wiley Road<br>Suite 106<br>Schaumburg, IL 60173 | Claim 000002, Payment 0.94946% | 7100-000 | | 161.53 | 2,472.05 |
| 09/27/16 | 002009 | Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60439-0070 | Claim 000003, Payment 0.94948% | 7100-000 | | 88.18 | 2,383.87 |
| 09/27/16 | 002010 | HCC Surety Group<br>9841 Airport Boulevard<br>9th Floor<br>Los Angeles, CA 90045 | Claim 000004, Payment 0.94948% | 7100-000 | | 2,383.87 | 0.00 |

| | | | | Page Subtotals | 0.00 | 6,531.87 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-70609 -TML |
| Case Name: | ROHAR ENTERPRISES INC |
| Taxpayer ID No: | *******5430 |
| For Period Ending: | 01/30/17 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0035 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,737.96 | 6,737.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,737.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,737.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,737.96 | |

Page Subtotals 0.00 0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******1761 MONEY MARKET |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 01/30/17 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 1 | THE REDMOND COMPANY W228 N745 Westmound Dr. Waukesha, WI 53186 | | 1129-000 | 15,000.00 | | 15,000.00 |
| 07/23/10 | 001000 | ROHLFING & OBERTHOLTZER 211 W. WACKER DR., STE. 1200 CHICAGO, IL 60606 | Attorney Fees and Expenses | 3210-000 | | 7,500.00 | 7,500.00 |
| 07/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 7,500.24 |
| 08/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 7,500.46 |
| 09/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,500.64 |
| 10/05/10 | 001001 | ROHLFING & OBERHOLTZER 211 W. WACKER DR., STE. 1200 CHICAGO, IL 60606 | FEES: ATTY FOR TRUSTEE | 3210-000 | | 4,500.00 | 3,000.64 |
| 10/14/10 | 1 | PNC BANK | SETTLEMENT PROCEEDS: LITIGATION | 1129-000 | 9,000.00 | | 12,000.64 |
| 10/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 12,000.85 |
| 11/30/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.16 |
| 12/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.47 |
| 01/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.78 |
| 02/28/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,001.87 |
| 03/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,001.97 |
| 04/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,002.07 |
| 05/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,002.18 |
| 06/16/11 | 001002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 10.27 | 11,991.91 |
| 06/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.01 |
| 07/29/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.11 |
| 08/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 11,992.22 |
| 09/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.32 |
| | | | Page Subtotals | | 24,002.59 | 12,010.27 | |

Ver: 19.06a

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70609 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******1761 MONEY MARKET |
| Taxpayer ID No: | *******5430 | | | |
| For Period Ending: | 01/30/17 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.42 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.28 | 11,977.14 |
| 11/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,977.24 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.77 | 11,962.47 |
| 12/30/11 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,962.57 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.75 | 11,947.82 |
| 01/19/12 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,947.88 |
| 01/19/12 | | Transfer to Acct #*******3739 | Bank Funds Transfer | 9999-000 | | 11,947.88 | 0.00 |

|  | COLUMN TOTALS | 24,002.95 | 24,002.95 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 11,947.88 | |
|  | Subtotal | 24,002.95 | 12,055.07 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 24,002.95 | 12,055.07 | |

Page Subtotals  0.36   11,992.68

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 17)

FORM 2     Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3739 GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 01/30/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******1761 | Bank Funds Transfer | 9999-000 | 11,947.88 | | 11,947.88 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 9.63 | 11,938.25 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 11.45 | 11,926.80 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 12.66 | 11,914.14 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 12.25 | 11,901.89 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 9.83 | 11,892.06 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 12.64 | 11,879.42 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 12.21 | 11,867.21 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 12.60 | 11,854.61 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 12.58 | 11,842.03 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.17 | 11,829.86 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 12.56 | 11,817.30 |
| 12/02/13 | 000102 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1ST FEE APPL | 3110-000 | | 4,510.50 | 7,306.80 |
| 12/02/13 | 000103 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST APPL | 3120-000 | | 451.20 | 6,855.60 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.14 | 6,843.46 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 6,833.46 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 6,823.46 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK RECEIPTS FEE - February, 2014 | 2600-000 | | 10.00 | 6,813.46 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 6,803.46 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 6,793.46 |
| 06/04/14 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 5.50 | 6,787.96 |

Page Subtotals     11,947.88     5,159.92

Ver: 19.06a

FORM 2 Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70609 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | ROHAR ENTERPRISES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3739 GENERAL CHECKING |
| Taxpayer ID No: | *******5430 | | |
| For Period Ending: | 01/30/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 6,777.96 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,767.96 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,757.96 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,747.96 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,737.96 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 6,737.96 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 11,947.88 | 11,947.88 | 0.00 |
| Less: Bank Transfers/CD's | 11,947.88 | 6,737.96 | |
| Subtotal | 0.00 | 5,209.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,209.92 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| GENERAL CHECKING - ********0035 | 0.00 | 6,737.96 | 0.00 |
| MONEY MARKET - ********1761 | 24,002.95 | 12,055.07 | 0.00 |
| GENERAL CHECKING - ********3739 | 0.00 | 5,209.92 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 24,002.95 | 24,002.95 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    6,787.96

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*